IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      *
                              *
    v.                        *        CR 119-008
                              *
WALLACE SHANNON LANE          *

------------

O R D E R

------------

Defendant Wallace Shannon Lane moves for early termination of supervised release.  Upon a plea of guilty to distribution of 5 grams or more of methamphetamine, Defendant was sentenced to serve 78 months in prison followed by 4 years of supervised release. Defendant's supervised release term began on September 13, 2023. Thus, he has served over half of his term.  Defendant has been compliant with all terms of his supervised release with one significant violation; he tested positive for cocaine in December 2024.  For this reason, the Government opposes early termination at this time.

There is little doubt that Defendant's conduct has been trending in a positive direction for some time.  Nevertheless, upon consideration of Defendant's individualized circumstances and the factors of 18 U.S.C. § 3553(a), the Court concludes that the community and the Defendant himself would benefit from continued

supervision.    Accordingly,    the    Court    **DENIES**    Defendant    Lane's motion for early termination of supervised release (doc. 50).

ORDER ENTERED at Augusta, Georgia, this 5th day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2